UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON C. PRIES,<br><br>                Plaintiff,<br><br>   v.<br><br>OFFICER TOBY BRYER and OFFICER JOSEPH DOTSON,<br><br>                Defendants. | NO: 2:14-cv-00298-SAB<br><br>**ORDER OF DISMISSAL** |

    The parties filed a Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulated Motion for Order of Dismissal, ECF No. 32. In accordance with Rule 41(a)(1), the above-captioned case is dismissed with prejudice and without costs and attorneys' fees to any party.

    Accordingly**, IT IS HEREBY ORDERED:**

    1. The above-captioned case is **dismissed** with prejudice and without costs and attorneys' fees to any party.

    2. Any pending motions are **dismissed as moot**.

    3. All trial dates and deadlines are **stricken**.

//

//

//

**ORDER OF DISMISSAL** # 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 28th day of December 2015.



　　　　　　　　　　　　　　　Stanley A. Bastian
　　　　　　　　　　　　　　　United States District Judge

**ORDER OF DISMISSAL** # 2